# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 12-00229-01-CR-W-BP |
| ) | |
| RUSSELL D. BLACKBURN, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This case comes before the Court on Defendant Russell D. Blackburn's Motion to Suppress. (Doc. 19.) United States Magistrate Judge John T. Maughmer has recommended that this motion be denied. (Doc. 34.) Defendant has filed objections. (Doc. 35.)

After an independent and careful review, the Court hereby **ADOPTS** Judge Maughmer's Report and Recommendation.[1] Accordingly, Defendant's Motion to Suppress is **DENIED**.

**IT IS SO ORDERED.**

/s/ Beth Phillips
BETH PHILLIPS, JUDGE
UNITED STATES DISTRICT COURT

DATE: March 12, 2013

---

[1] The Court notes that on two occasions, the Report and Recommendation refers to "Officer Blackburn" instead of "Officer Leslie." (Report and Recommendation at 2, 3.) The Court corrects these inadvertent references.